Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| **CONSEJO DE TITULARES DEL CONDOMINIO REINA DEL MAR**<br><br>Recurridos<br><br>v.<br><br>**TRIPLE-S PROPIEDAD, INC.**<br><br>Peticionarios | **KLCE202201419** | **CERTIORARI**<br>Procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Civil núm.:<br>**CA2019CV03588 (407)**<br><br>Sobre:<br>**Incumplimiento de Contrato de Seguros;**<br>**Daños y Perjuicios** |
| **CONSEJO DE TITULARES DEL CONDOMINIO REINA DEL MAR, ET ALS.**<br><br>Recurridos<br><br>**v.**<br><br>**TRIPLE-S PROPIEDAD, INC.**<br><br>Peticionarios | CONSOLIDADO CON:<br><br>**KLCE202300626** | **CERTIORARI**<br>Procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Civil núm.:<br>**CA2019CV03588 (407)**<br><br>Sobre:<br>**Seguros-Incumplimiento Aseguradoras Huracanes Irma/María** |

Panel integrado por su presidenta la jueza Cintrón Cintrón, la jueza Rivera Pérez y el juez Pérez Ocasio

Pérez Ocasio, Juez Ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 20 de febrero de 2024.

En vista de que estos dos recursos de certiorari versan sobre las mismas partes, ordenamos la consolidación de estos casos, mediante esta Resolución, conforme con la Orden Administrativa DJ-2019-316 de la Jueza Presidenta del Tribunal Supremo.

Número Identificador
RES2024_____

Atendida la moción intitulada *"Estipulación de Desistimiento Voluntario con Perjuicio de la Demanda, al amparo de la Regla 39.1(a)(2) de Procedimiento Civil"*, sometida el 6 de febrero de 2024 y firmada por ambas partes, se declara ***"Con Lugar"***.

En consecuencia, y a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A), se aprueba el *desistimiento* y se ordena el archivo del recurso de Apelación presentado.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones